FILED
CLERK, U.S. DISTRICT COURT

SEP 4 2024

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          vs.<br><br>Ronald DuBois Carrillo,<br><br>                    Defendant. | Case No.: MJ 24-5360-DUTY<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Southern District /California for alleged violation(s) of the terms and conditions of (his)/her (probation) [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.    (✓)    The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on apparent ongoing substance abuse, absconder

1 | status, use of nonaccurate date of birth

2

3

4 | and/or

5 | B. (✓) The defendant has not met his/her burden of establishing by

6 | clear and convincing evidence that he/she is not likely to pose

7 | a danger to the safety of any other person or the community if

8 | released under 18 U.S.C. § 3142(b) or (c). This finding is based

9 | on: lengthy criminal history, apparent ongoing substance

10 | abuse

11

12

13

14 | IT THEREFORE IS ORDERED that the defendant be detained pending

15 | the further revocation proceedings.

16

17 | Dated: Sept. 4, 2024

18 | JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE